AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Antonio Davis,<br>*Plaintiff*<br>v.<br><br>The State of South Carolina; Solicitor John Mark Shiflet; Solicitor Kristin Danielle Smith; Solicitor Jenny Desch,<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No.     0:15-cv-00848-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Antonio Davis, shall take nothing of the defendants, The State of South Carolina; Solicitor John Mark Shiflet; Solicitor Kristin Danielle Smith; Solicitor Jenny Desch, and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary. G Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   June 16, 2015                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/M. Walker
                                                                                          *Signature of Clerk or Deputy Clerk*